Richard L. Charnley (State Bar No. 70430)
Annie Rian (State Bar No. 260960)
**CHARNLEY RIAN LLP**
12121 Wilshire Blvd. Suite 600
Los Angeles, CA 90025
Telephone: 310.321.4300
Facsimile: 310.893.0273
Email: rlc@charnleyrian.com
ar@charnleyrian.com

Attorneys for Defendant MEL KIMMAN

UNTITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MFACTOR, INC., PROFIT SHARING PLAN; MING TAI, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MEL KIMMAN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV 17-3969-GW(GJSx)<br><br>**ORDER ON STIPULATION REGARDING SETTLEMENT, DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT**<br><br>District Judge: George H. Wu<br>Magistrate Judge: Gail J. Standish |

**ORDER ON STIPULATION REGARDNIG SETTLEMENT, DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE JUDGMENT**

The Court, having considered the Parties' Stipulation Regarding Settlement, Dismissal and Retention of Jurisdiction to Enforce Settlement, and good cause appearing,

IT IS HEREBY ORDERED:

1. The Amended Complaint herein is hereby dismissed with prejudice;

2. The Court agrees to retain jurisdiction to enforce terms of the Parties' Settlement Agreement, a copy of which was attached to the Parties' Stipulation;

3. Absent notification from any of the Parties of non-compliance with the Settlement Agreement, this Court's retention of jurisdiction to enforce the Settlement shall cease automatically on December 31, 2018.

Dated:  January 23, 2018

_____
GEORGE H. WU, U.S. District Judge

4816-6100-6681, v. 1

2.